

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2020

No. 04-20-00355-CV

Forrest M. **MIMS**, Minnie Mims, Ray Reininger, Deborah Reininger, Glenn Thompson, Annette Thompson, Blake C. Brock, and Annette Dannelly-Silva,
Appellants

v.

**CITY OF SEGUIN, TEXAS**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1304-CV-B
Honorable Gary L. Steel, Judge Presiding

## ORDER

The Appellants' Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to October 26, 2020.

It is so **ORDERED** on October 1, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

cc:      Paul D. Barkhurst                          William M. McKamie
         Barkhurst & Hinojosa P.C.                  Taylor Olson Adkins Sralla & Elam LLP
         11107 Wurzbach Road, Suite 701             13750 San Pedro Ave., Suite 555
         San Antonio, TX 78230                      San Antonio, TX 78232